```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION

UNITED STATES OF AMERICA       *
          Plaintiff,           *
                               *
vs.                            *     CR. NO. 2:06-20298-Ma
                               *
GLEN JONES                     *
          Defendant.           *
```

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On March 29, 2007, Glen Jones appeared before me on a violation of the terms and conditions of probation/supervised release in this matter.  Counsel was present to represent dft Glen Jones.

Accordingly, defendant Glen Jones is held before the District Court to show cause why his supervised release should not be revoked by a hearing to be set on notice from the United States District Court.

IT IS SO ORDERED this __29th__ day of _March____, 2007.

                                        s/Diane K. Vescovo
                              UNITED STATES MAGISTRATE JUDGE